DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
Nevada Bar No. 16299
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JPenniman@BaileyKennedy.com

*Attorneys for Respondent*
BROOKS GROUP INSURANCE
AGENCY, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BASS UNDERWRITERS, INC.,

               Movant,

vs.

BROOKS GROUP INSURANCE AGENCY, LLC,

               Respondent.

Case No.  2:26-cv-00295-RFB-DJA

**SUBSTITUTION OF COUNSEL FOR BROOKS GROUP INSURANCE AGENCY, LLC**

IT IS HEREBY STIPULATED AND AGREED that Bailey❖Kennedy, specifically Dennis L. Kennedy, Esq., Joseph A. Liebman, Esq., and Jarod B. Penniman, Esq., be substituted in place and stead of Domenick Carmagnola, Esq. and Andrea M. Fiorica, Esq. of Carmagnola & Ritardi, LLC, as counsel for Brooks Group Insurance Agency, LLC.

DATED this 19th day of February, 2026.

BAILEY❖KENNEDY

By: */s/ Jarod B. Penniman*
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JAROD B. PENNIMAN

*Attorneys for Respondent*
BROOKS GROUP INSURANCE
AGENCY, LLC

The undersigned attorney and law firm do hereby consent to withdraw from this matter and to be substituted as the attorney for Brooks Group Insurance Agency, LLC, to be replaced by Dennis L. Kennedy, Joseph A. Liebman, and Jarod B. Penniman, of Bailey❖Kennedy.

DATED this 19th day of February, 2026.

CARMAGNOLA & RITARDI, LLC

By: /s/ Domenick Carmagnola
Domenick Carmagnola
New Jersey Bar No. 038951988
Andrea M. Fiorica
New Jersey Bar No. 435032023
60 Washington Street
Morristown, New Jersey 07960
Telephone: 973.267.4445
Fax: 973.267.4456

The undersigned hereby consents to the withdrawal of Domenick Carmagnola, Esq. and Andrea M. Fiorica, Esq. of Carmagnola & Ritardi, LLC as counsel of record and further consents to the substitution of Bailey❖Kennedy, specifically Dennis L. Kennedy, Joseph A. Liebman, and Jarod B. Penniman, as new counsel of record for Brooks Group Insurance Agency, LLC.

DATED this 19th day of February, 2026.

Brooks Group Insurance Agency, LLC

By: /s/ Michael Ott
MICHAEL OTT

Its: General Counsel

Case No. 3:26-cv-00043-ART-CSD
*Bass Underwriters, Inc. vs. Brooks
Group Insurance Agency, LLC.*

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the withdrawal of Domenick Carmagnola, Esq. and Andrea M. Fiorica, Esq. of Carmagnola & Ritardi, LLC as attorney of record for Brooks Group Insurance Agency, LLC in the above-entitled action is **ACCEPTED** and **IT IS FURTHER ORDERED** that Brooks Group Insurance Agency, LLC will be represented in this matter by Dennis L. Kennedy, Joseph A. Liebman, and Jarod B. Penniman of Bailey❖Kennedy.

Dated: _____February 23_____, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 19th day of February, 2025, service of the foregoing **SUBSTITUTION OF COUNSEL** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JANICE S. AGRESTI<br>**COZEN O'CONNOR**<br>3WTC 175 Greenwich Street<br>55th Floor<br>New York, New York 10007 | Email: jagresti@cozen.com<br>*Attorneys for Petitioner*<br>BASS UNDERWRITERS, INC. |
| FRANK A. TODDRE<br>**COZEN O'CONNOR**<br>1180 North Town Center Drive, Suite 260<br>Las Vegas, Nevada 89144 | Email: ftoddre@cozen.com<br>*Attorneys for Petitioner*<br>BASS UNDERWRITERS, INC. |
| JASON A. CABRERA<br>**COZEN O'CONNOR**<br>1010 Kings Highway South<br>Cherry Hill, New Jersey 08034 | Email: jcabrera@cozen.com<br>*Attorneys for Petitioner*<br>BASS UNDERWRITERS, INC. |

 */s/ Karen Rodman*
Employee of BAILEY❖KENNEDY

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820